# United States Bankruptcy Court
## Southern District of Georgia

In the matter of:  )
Bartley Eaton      )
Deborah Eaton      )    Chapter 13 Case No. 10-41712-LWD
            (Debtor(s))  )
                   )
                   )
                   )
                   )
                   )
                   )

### NOTICE OF MODIFICATION OF PLAN AFTER CONFIRMATION

The Debtor(s) has filed a modification of the plan in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected as shown in the modified plan.

Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service.

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for a hearing must also be mailed to the moving party.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date: 2-11-11

_____
Attorney for Debtor(s)

Samuel L. Kay, Clerk
United States Bankruptcy Court
Southern District of Georgia
(Form.mac12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:   )
                    )
                    ) Case No.: 10-41712-LWD
Bartley & Deborah Eaton   )
            Debtor(s)     )

## MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

1. The Debtor(s) hereby modify the plan confirmed previously in this case in the following respects:

    Decrease payments as follows:
    to $1,390.00 per month to the chapter 13 trustee

    ☐ Surrender the following property:

    ☒ Other provisions:
    See Attached Exhibit A

2. Debtor(s) assert as the basis for the modification the following facts:
Debtor-wife has changed jobs and suffered a significant deduction in salary as evidenced by Amended Schedules I and J filed on January 25, 2011.

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

_2/11/11_
Date

_/s/ Bartley Eaton_
Debtor

_/s/ Deborah Eaton_
Joint Debtor

Revised April 2, 2009

EXHIBIT A

Harley Davidson Credit, secured by Harley Davidson Ultra Classic Motorcyle, will be treated as fully secured at 5.25% interest and $457.05 per month.

Kubota Credit, secured by 2007 Kubota L34000T-F Tractor, will be treated as fully secured at 5.25% interest and $309.56 per month.

The Savannah Bank, secured by 2005 Ford F-250, will be treated as fully secured at 5.25% interest and $394.47 per month.

HSBC Card Services, secured by Best Buy purchases within one year pre-petition (Claim #15), will be treated as secured in the amount of $224.97 at 5.25% interest and $23.04 per month.

HSBC Card Services, secured by Best Buy purchases within one year pre-petition (Claim #13), will be treated as secured in the amount of $721.84 at 5.25% interest and $49.82 per month.

| | |
|---|---|
| STATE OF GEORGIA | § |
| | § |
| COUNTY OF CHATHAM | § |

## CERTIFICATE OF SERVICE

I, Mark Bulovic, do hereby certify that I have this date served the foregoing Notice and Modification of Plan After Confirmation upon the following by depositing a copy of the same in the United States mail with proper first class postage addressed as shown below:

SEE ATTACHED EXHIBIT A

This 11th day of February, 2011.

Mark Bulovic

Bulovic Law Firm, LLC
1020 Bryan Woods Loop, Suite 5
Savannah, GA 31410
(912) 898-5661

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-4<br>Case 10-41712-LWD<br>Southern District of Georgia<br>Savannah<br>Fri Feb 11 15:08:46 EST 2011 | AT&T Universal Card<br>Processing Center<br>Des Moines IA 50363-0001 | Amanda Tate<br>P.O. Box 287<br>Fleming GA 31309-0287 |
| Patti H. Bass<br>Bass & Associates, PC<br>3936 E Ft Lowell Rd, Ste 200<br>Tucson, AZ 85712-1083 | | Chase Bank USA, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 | Chase Credit Card<br>PO Box 15153<br>Wilmington DE 19886-5153 | Citi Cards<br>P.O. Box 183113<br>Columbus OH 43218-3113 |
| Consumer Credit Counseling Service<br>of the Savannah Area, Inc.<br>7505 Waters Ave., Ste. C-11<br>Savannah GA 31406-3826 | | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Card<br>P.O. Box 71084<br>Charlotte NC 28272-1084 | Bartley E. Eaton<br>675 Main Trail<br>Midway, GA 31320 | Deborah L. Eaton<br>675 Main Trail<br>Midway, GA 31320 |
| Ford Motor Credit<br>PO Box 105697<br>Atlanta GA 30348-5697 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn,  MI 48121-6275 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712-1083 | HSBC Card Services<br>P.O. Box 5238<br>Carol Stream IL 60197-5238 | Harley Davidson Credit<br>Dept 15129<br>Palatine IL 60055-0001 |
| Harley-Davidson Credit Corp.<br>P.O. BOX 829009<br>Dallas, TX 75382-9009 | Kohls<br>P.O. Box 2983<br>Milwaukee WI 53201-2983 | Kubota Credit<br>P.O. Box 0559<br>Carol Stream IL 60132-0001 |
| Kubota Credit Corporation<br>P.O. Box 829009<br>Dallas, TX 75382-9009 | LVNV Funding LLC its successors and assigns<br>assignee of CHASE BANK USA, NA<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lowes/GEMB<br>P.O. Box 530914<br>Atlanta GA 30353-0914 |
| Joe Manuel Lozano Jr.<br>Brice, Vander Linden & Wernick, PC<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243-4652 | O. Byron Meredith III<br>P O Box 10556<br>Savannah, GA 31412-0756 | PRA Receivables Management LLC<br>As Agent Of Portfolio Recovery Assocs<br>POB 41067<br>Norfolk VA 23541-1067 |

EXHIBIT A

| | | |
|---|---|---|
| Palisades Collections, LLC<br>Vativ Recovery Solutions LLC<br>As Agent For Palisades Collections, LLC<br>PO Box 19249<br>Sugar Land TX 77496-9249 | Margaret S Puccini<br>Inglesby Falligant Horne Courington<br>P O Box 1368<br>Savannah, GA 31402-1368 | S.C.Federal Credit Union<br>P.O. Box 190012<br>North Charleston SC 29419-9012 |
| SUNTRUST MORTGAGE INC<br>BANKRUPTCY DEPARTMENT RVW 3034<br>P.O BOX 27767<br>RICHMOND VA 23261-7767 | Sallie Mae<br>P.O. Box 9500<br>Wilkes Barre PA 18773-9500 | Sallie Mae Inc. on behalf of ECMC<br>Lockbox 8682<br>P.O. Box 75848<br>St. Paul, MN 55175-0848 |
| Sam's Club<br>PO Box 530942<br>Atlanta GA 30353-0942 | Sears Credit Cards<br>P.O. Box 183082<br>Columbus OH 43218-3082 | SunTrust Mortgage<br>P.O. Box 79041<br>Baltimore MD 21279-0041 |
| The Savannah Bank<br>25 Bull Street #100<br>Savannah GA 31401-2642 | The Savannah Bank, NA<br>Attn: Ed Cox<br>P O Box 188<br>Savannah, GA 31402-0188 | United Consumer Financial Serv.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712-1083 |
| Vativ for Palisades Collection, LLC<br>PO Box 19249<br>Sugar Land, TX 77496-9249 | Wells Fargo<br>P.O. Box 25341<br>Santa Ana CA 92799-5341 | eCAST Settlement Corporation assignee of Cit<br>(South Dakota) NA<br>POB 29262<br>New York NY 10087-9262 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ford Motor Credit Company LLC, a Delaware | (d)Harley-Davidson Credit Corp.<br>PO Box 829009<br>Dallas, TX 75382-9009 | (d)PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>Norfolk VA 23541-1067 |
| (u)S.C. Federal Credit Union | End of Label Matrix<br>Mailable recipients   44<br>Bypassed recipients    4<br>Total                 48 | |